

**QSLWM**

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

June 3, 2026

<u>**BY ECF ONLY**</u>

Honorable Andrew E. Krause
United States Magistrate Judge
U.S. District Court, District of Southern New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

>   *RE:*    ***Joseph Duetch v. Trans Union LLC, et al.***
>            U.S.D.C. – Southern District of New York (White Plains)
>            Case No. 7:25-cv-09044

Dear Magistrate Judge Krause:

Pursuant to this Court's Minute Entry on April 16, 2026, Trans Union LLC ("Trans Union") by counsel respectfully submits this Discovery Dispute letter. On February 3, 2026, Trans Union served Plaintiff with its first Set Of Interrogatories, Requests For Production and Requests For Admission (collectively, the "Requests"). Plaintiff's responses to the Requests were due on March 9, 2026. To date, Plaintiff has not yet responded to Trans Union's Requests. In fact, on April 17, 2026, Trans Union contacted Plaintiff's counsel informing him that Plaintiff's discovery responses to Trans Union's Requests were past due and requesting that he serve complete responses immediately. *See* **Exhibit A.** Plaintiff has failed to acknowledge Trans Union's communication attempts and from the date of the filing of this letter, Plaintiff has not responded to any written discovery from Trans Union.

Plaintiff served written discovery on Trans Union on February 13, 2026, which Trans Union has timely responded to on March 13, 2026. Trans Union respectfully requests that this Court issue a Show Cause Order requiring Plaintiff to explain why the case should not be dismissed for Plaintiff's failure to participate in discovery.

10333 N. MERIDIAN ST. SUITE 200, INDIANAPOLIS, INDIANA 46290  |  317-497-5600  |  QSLWM.COM

Honorable Andrew E. Krause
June 3, 2026
Page 2

Very truly yours,

QUILLING SELANDER LOWNDS
  WINSLETT & MOSER, P.C.

Camille R. Nicodemus