**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

---

JOSEPH DUETCH,
          Plaintiff,

     vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANSUNION, LLC; and EQUIFAX
INFORMATION SERVICES LLC;,
          Defendants.

CASE NO. 7:25-cv-09044-NSR-AEK
  ECF Case

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, <u>Nermy J. Winner</u>, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Trans Union LLC, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>Indiana</u> and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Date:  <u>June 5, 2026</u>          Respectfully submitted,

                                     <u>*/s/ Nermy J. Winner*</u>
                                     Nermy J. Winner, Esq.
                                      (*Pro Hac Vice* pending)
                                    Quilling, Selander, Lownds, Winslett & Moser, P.C.
                                      10333 North Meridian Street, Suite 200
                                      Indianapolis, IN  46290
                                      Telephone:  (317) 497-5600, Ext. 605
                                      Fax:  (317) 899-9348
                                      E-Mail:  nermy.winner@qslwm.com

                                      *Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of June, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Daniel Zemel, Esq. <br> dz@zemellawllc.com | Heather Sharp, Esq. <br> hsharp@seyfarth.com |
| Brian W. Carroll, Esq. <br> bacarroll@mccarter.com | Camille R. Nicodemus, Esq. <br> cnicodemus@qslwm.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of June, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Nermy J. Winner
Nermy J. Winner, Esq.
 (*Pro Hac Vice* pending)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 605
Fax:  (317) 899-9348
E-Mail:  nermy.winner@qslwm.com

*Counsel for Defendant Trans Union LLC*