USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2026__

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

---

JOSEPH DUETCH,

           Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANSUNION, LLC; and EQUIFAX
INFORMATION SERVICES LLC;,

           Defendants.

CASE NO. 7:25-cv-09044-NSR-AEK

  ECF Case

**ADMISSION TO PRACTICE
PRO HAC VICE**

---

The motion of <u>Nermy J. Winner</u>, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) <u>Indiana</u>; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Nermy J. Winner |
| Firm Name: | Quilling, Selander, Lownds, Winslett & Moser P.C. |
| Address: | 10333 N. Meridian St., Suite 200 |
| City/State/Zip: | Indianapolis, IN 46290 |
| Phone Number: | (317) 497-5600, Ext. 605 |
| Fax Number: | (317) 899-9348 |
| E-Mail: | nermy.winner@qslwm.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Trans Union, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at ECF No. 22.

Dated: <u>June 8, 2026</u>
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Daniel Zemel, Esq.<br>dz@zemellawllc.com | Heather Sharp, Esq.<br>hsharp@seyfarth.com |
| Brian W. Carroll, Esq.<br>bacarroll@mccarter.com | Camille R. Nicodemus, Esq.<br>cnicodemus@qslwm.com |
| Nermy J. Winner, Esq.<br>Nermy.winner@qslwm.com | |