

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NJ 07514
PHONE:   (862) 227-3106
FAX:       (973) 282-8603
DZ@ZEMELLAWLLC.COM

June 9, 2026

**VIA EMAIL**

Honorable Andrew E. Krause
United States Magistrate Judge
District of Southern New York
300 Quarropas St.
White Plains, NY 10601-4150

> RE:    **Joseph Duetch v. Trans Union LLC, *et al.***
> **Case No. 7:25-cv-09044**

Honorable Court:

I write in response to Trans Union's letter concerning the failure to respond to discovery.

In its letter, Trans Union asserts that Plaintiff's responses to its discovery requests were due on March 9, 2026, and had not been served. Plaintiff was surprised by this assertion. During the April 16, 2026 status conference with the Magistrate Judge, the Court repeatedly inquired whether any party had any outstanding discovery obligations. At that time, Plaintiff represented that he was in compliance with his discovery obligations, and Trans Union likewise did not identify any outstanding discovery deficiencies or indicate that Plaintiff's responses were overdue.

Based on those representations, Plaintiff believed there were no unresolved discovery issues requiring immediate attention. Nevertheless, upon learning of Trans Union's position, Plaintiff acted promptly to address the matter and has now served responses to Trans Union's discovery requests. The delay was not intentional. During the relevant period, undersigned counsel was on medical leave and, upon returning to the office, unfortunately fell behind in addressing several pending litigation obligations, including the responses at issue. Plaintiff regrets the delay and has taken steps to ensure that the outstanding discovery has now been provided.

Respectfully,

/s/ Daniel Zemel
Daniel Zemel, Esq.