UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DUETCH.<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES LLC.,<br><br>      Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 7:25-cv-09044-NSR-AEK |

PLEASE TAKE NOTICE that Elizabeth Apostola, of ZEMEL LAW, LLC hereby files this Notice of Appearance as counsel on behalf of Plaintiff, Joseph Duetch. All parties are requested to forward copies of pleadings, pertinent forms, and correspondence to Elizabeth Apostola.

Dated: June 12, 2026,

Respectfully submitted,

/s/ Elizabeth Apostola
Elizabeth Apostola, Esq.
Zemel Law, LLC
660 Broadway
Paterson, New Jersey 07514
Phone: 862-227-3106
Email: ea@zemellawllc.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

<u>*/s/ Elizabeth Apostola*</u>
Elizabeth Apostola, Esq.