

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:        (973) 282-8603
DZ@ZEMELLAWLLC.COM

June 26, 2026

**VIA ECF:**
Magistrate Judge Andrew Krause
United States District Court
Southern District of New York

RE:    **Duetch v. Experian Information Solutions, Inc.**
          **Case No. 7:25-cv-09044-NSR-AEK**

Honorable Court:

Pursuant to the Court's June 11, 2026 Order, Plaintiff respectfully submits this status update regarding the production of additional discovery from third-party Shellpoint. Since the Court's Order, Plaintiff's counsel has repeatedly contacted counsel for Shellpoint seeking an update regarding the production of the outstanding discovery. Counsel for Shellpoint has advised that they have not yet received the responsive materials from their client and that the documents will be produced as soon as they are received.

Plaintiff's counsel followed up multiple times this week in an effort to obtain an updated status. Counsel for Shellpoint responded today and confirmed that they still have not received the responsive materials from Shellpoint and, therefore, are unable to provide a date certain for production.

Accordingly, Plaintiff remains awaiting Shellpoint's production of the additional responsive materials and will promptly notify the Court and opposing counsel once the materials are received.

1

Dated: June 26, 2026                    Respectfully submitted,

/s/*Daniel Zemel*
Daniel Zemel, Esq.
**ZEMEL LAW LLC**
660 Broadway
Paterson, New Jersey 07514
T: (862) 227-3106
DZ@zemellawllc.com
*Counsel for Plaintiff*

2