

**Brian W. Carroll**
Partner

T. 973-639-2020
F. 973-297-3713

bcarroll@McCarter.com

McCarter & English, LLP

250 W 55th Street, 13th Floor
New York, NY 10019

www.mccarter.com

July 2, 2026

**VIA ECF**

Hon. Andrew E. Krause, U.S.M.J.
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    **Duetch v. Experian Information Solutions, Inc. et al.,**
       **Case No. 7:25-cv-09044-NSR-AEK**

Dear Judge Krause:

This Firm represents Defendant Experian Information Solutions, Inc. ("Experian") in the above-referenced action.

As discussed during the June 11, 2026 Status Conference before Your Honor, on May 26, June 2, and June 9, the defendants requested that Plaintiff's counsel voluntary dismiss this lawsuit based on the over-4,000 pages of documents produced by the furnisher, Shellpoint, showing that Plaintiff's claims are not factually supported. In response, Plaintiff's counsel told the defendants: "we have counter evidence to this [Shellpoint's production] which we are waiting to receive from the furnisher." During the June 11 conference, the Court instructed Plaintiff to "submit an update on any additional documents from Shellpoint" no later than June 25, 2026. Plaintiff did not do so. Instead, on June 26, 2026, Plaintiff submitted an untimely letter stating that he has been advised by Shellpoint's outside counsel that "they have not yet received the responsive materials from their client." *See* Dkt. 27. In response, because Shellpoint is not a party to this lawsuit and has no counsel of record, on June 26, 2026 Experian requested that Plaintiff's counsel provide the name and contact information of Shellpoint's outside counsel with whom he has been communicating, as referenced in Plaintiff's letter. The other defendants echoed this request. As of the date of this letter, Plaintiff has not responded.

Experian adopts Trans Union's request, made in its July 1, 2026 correspondence to the Court (Dkt. 28), for an order to show cause requiring Plaintiff to explain why his claims should not be dismissed at this juncture. Additionally, should Plaintiff supplement his response to the Court and provide additional Shellpoint documents, Experian requests a reasonable time in which to respond to Plaintiff's submission.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Brian W. Carroll

cc:    All counsel of record (VIA ECF)

ME1\61715668.v1