AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Joseph Duetch | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:25-cv-09044-NSR-AEK |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Experian Information Solutions, Inc.                                                            .

Date:     07/09/2026

/s/ Shauna Perigo
*Attorney's signature*

Shauna Perigo 6277495
*Printed name and bar number*

Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018

*Address*

sperigo@goodwinlaw.com
*E-mail address*

(917) 229-7506
*Telephone number*

(212) 355-3333
*FAX number*